IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:19-00300

JOSEPH LEE HARPER

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's Motion to Continue pretrial filing deadlines. (ECF No. 31.) In support of his motion, counsel for defendant explains that two additional days are needed to confer with his client regarding the government's plea offer. Counsel is not requesting an extension of the trial date. Counsel also stated that the government does not oppose the continuance of this matter's pretrial filing deadlines. For good cause shown, defendant's motion is **GRANTED**.

Accordingly, the court hereby **ORDERS** as follows:

I.  Jury Instructions and Proposed Voir Dire are due to the court by **July 10, 2020**;

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 8th day of July, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge